# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| DOUGLAS M. LOY, | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **FINAL PRETRIAL CONFERENCE** |
| **THE DIOCESE OF ARLINGTON, et al.** | | Case No. 1:18CV1162 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 1:34 p.m. |
| Proceeding Held: June 28, 2019 | Hearing Ended: | 1:44 p.m. |

**Appearances:**

**- Parties enter their appearances**

- Court and counsel discuss status of discovery; there is one deposition left to take.
- Defense counsel states they do intend on filing dispositive motions.
- Jury trial scheduled for November 18, 2019 @ 10:00 a.m.
- Counsel are directed to contact Judge Anderson's chambers to schedule meditation.