# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| DOUGLAS M. LOY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DIOCESE OF ARLINGTON et al )<br>)<br>Defendants. )<br>) | Civil Action No.<br>1:18-cv-1162-LO/JFA |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PRETRIAL DISCLOSURES

Plaintiff Douglas Loy, through counsel, hereby submits the following objection to Defendant's Proposed Exhibits.

| Exhibit No. | Description | Objection |
|---|---|---|
| 1 | Plaintiff's contract of employment signed April 25, 2017. | No objection |
| 2 | Plaintiff's contract of employment signed May 9, 2016. | No objection |
| 3 | Plaintiff's contract of employment signed April 30, 2015. | No objection |
| 4 | Catholic Diocese of Arlington Employee Policy Manual dated August 1, 2017. | No objection |
| 5 | St. Agnes Faculty Handbook dated 2017-2018. | No objection |
| 6 | Email from Loy to multiple recipients and exchanges, June 6-7, 2016. | Hearsay; Authenticity |
| 7 | Plaintiff's personal statement submitted with application for employment. | Hearsay; Incomplete document, Relevancy |
| 8 | Plaintiff's request to renew Advanced Catechist Certification dated April 4, 2016. | No objection |
| 9 | Plaintiff's Advanced Catechist Certification issued April 4, 2016. | No objection |
| 10 | Goal Setting Process document dated 2009-2010. | Hearsay |
| 11 | Goal Setting Process document dated 2010-2011. | Hearsay |
| 12 | Goal Setting Process document dated 2011-2012. | Hearsay |
| 13 | Goal Setting Process document dated 2012-2013. | Hearsay |

| Exhibit No. | Description | Objection |
|---|---|---|
| 14 | Goal Setting Process document dated 2013-2014. | Hearsay |
| 15 | Goal Setting Process document dated 2014-2015. | Hearsay |
| 16 | Goal Setting Process document dated 2015-2016. | Hearsay |
| 17 | Goal Setting Process document dated 2016-2017. | Hearsay |
| 18 | St. Agnes School Grade 8 Composition Book of student in Loy's religion class. | Hearsay; Relevancy; Not produced during discovery period |
| 19 | Virginia Catholic Education Association Bachelor of Arts dated July 6, 2017. | No objection |
| 20 | Living Stations Class of 2015 photograph. | Exhibit not clear as produced |
| 21 | Stations Experiential by D. Michael Loy. | Lack of foundation |
| 22 | Teaching Chart by plaintiff Loy. | Relevancy |
| 23 | The 5 Identifiers of Civilization utilized by plaintiff Loy for classes including religion class. | Hearsay; Lack of foundation |
| 24 | Email dated October 18, 2013 from plaintiff to Assistant Principal with course syllabus. | Lack of foundation; Hearsay; Authenticity |
| 25 | 7th Grade History syllabus. | No objection |
| 26 | 8th Grade History syllabus. | No objection |
| 27 | 8th Grade Religion class syllabus. | No objection |
| 28 | 8th Grade Religion syllabus. | No objection |
| 29 | 8th Grade Religion syllabus. | No objection |
| 30 | Teaching tool developed by plaintiff Loy. | Lack of foundation |
| 31 | Photograph of Loy's classroom, room 238. | Exhibit not clear as produced |
| 32 | Loy's schedule last year of employment. | No objection |
| 33 | Open house and other documents. | Hearsay; Relevancy; Lack of foundation; Not produced during discovery period |
| 34 | Loy's prepared Christian Professional Formation Standards and other topics. | Hearsay; Relevancy; Lack of foundation; Document is unreadable |
| 35 | Email from Loy to full staff dated April 24, 2017. | Lack of foundation; Hearsay; Authenticity |
| 36 | Email exchanges May 26-30, 2017. | Lack of foundation; Hearsay; Authenticity |
| 37 | Email exchanges February 1-2, 2017. | Lack of foundation; Hearsay; Authenticity |

| Exhibit No. | Description | Objection |
|---|---|---|
| 38 | Email from Loy to Ms. Carr dated February 24, 2017. | Lack of foundation; Hearsay; Authenticity |
| 39 | Email exchanges March 22-23, 2017. | Lack of foundation; Hearsay; Authenticity |
| 40 | Email from Loy to full staff dated April 11, 2017. | Lack of foundation; Hearsay; Authenticity |
| 41 | Email communication from Loy to Ms. Carr dated September 18, 2017. | Lack of foundation; Hearsay; Authenticity |
| 42 | Email exchange between Ian Handerhan and Douglas Loy dated June 26, 2017. | Lack of foundation; Hearsay; Authenticity |
| 43 | Emails exchanged between Loy and Kuzdzal dated September 4, 2017. | Lack of foundation; Hearsay; Authenticity |
| 44 | Email from Ms. Carr to Loy dated September 4, 2017. | Lack of foundation; Hearsay; Authenticity |
| 45 | Emails exchanged September 4-6, 2017. | Lack of foundation; Hearsay; Authenticity |
| 46 | Email from Bournigal to Carr, September 18, 2017. | Lack of foundation; Hearsay; Authenticity |
| 47 | Email from Loy to Ms. Carr dated September 18, 2017. | Lack of foundation; Hearsay; Authenticity |
| 48 | Email from Loy to Ms. Carr and Ms. Kuzdzal dated September 19, 2017. | Lack of foundation; Hearsay; Authenticity |
| 49 | Email from Loy to Ms. Carr and Ms. Kuzdzal dated September 19, 2017. | Lack of foundation; Hearsay; Authenticity |
| 50 | Emails exchanged September 19, 2017. | Lack of foundation; Hearsay; Authenticity |
| 51 | Emails exchanged September 19, 2017. | Lack of foundation; Hearsay; Authenticity |
| 52 | Emails exchanged September 19, 2017. | Lack of foundation; Hearsay; Authenticity |
| 53 | Emails exchanged September 19-20, 2017. | Lack of foundation; Hearsay; Authenticity |
| 54 | Email from Loy to Kuzdzal dated September 20, 2017. | Lack of foundation; Hearsay; Authenticity |
| 55 | Email from Loy to Kuzdzal dated September 21, 2017. | Lack of foundation; Hearsay; Authenticity |
| 56 | Email from Loy to Carr and Kuzdzal dated September 26, 2017. | Lack of foundation; Hearsay; Authenticity |
| 57 | Email from Loy to Carr and Kuzdzal dated September 26, 2017. | Lack of foundation; Hearsay; Authenticity |
| 58 | Email from Loy to Carr and Kuzdzal dated September 26, 2017. | Lack of foundation; Hearsay; Authenticity |
| 59 | Emails exchanged September 26, 2017. | Lack of foundation; Hearsay; Authenticity |

| Exhibit No. | Description | Objection |
|---|---|---|
| 60 | Emails exchanged September 26-27, 2017. | Lack of foundation; Hearsay; Authenticity |
| 61 | Emails exchanged September 27, 2017. | Lack of foundation; Hearsay; Authenticity |
| 62 | Emails exchanged September 28, 2017. | Lack of foundation; Hearsay; Authenticity |
| 63 | Email from Loy to Kuzdzal dated September 28, 2017. | Lack of foundation; Hearsay; Authenticity |
| 64 | Email from Carr to pastor dated September 28, 2017. | Lack of foundation; Hearsay; Authenticity |
| 65 | Emails exchanged September 27-28, 2017. | Lack of foundation; Hearsay; Authenticity |
| 66 | Emails exchanged October 10, 2017. | Lack of foundation; Hearsay; Authenticity |
| 67 | Emails exchanged October 18-19, 2017. | Lack of foundation; Hearsay; Authenticity |
| 68 | Emails exchanged October 17-18, 2016. | Lack of foundation; Hearsay; Authenticity |
| 69 | Emails exchanged October 31-November 1, 2017. | Lack of foundation; Hearsay; Authenticity |
| 70 | Email from Loy to Carr dated November 1, 2017. | Lack of foundation; Hearsay; Authenticity |
| 71 | Email from Loy to Carr and Kuzdzal, October 18, 2017 with Carr's notes. | Lack of foundation; Hearsay; Authenticity; Illegible |
| 72 | Email from Dave Gallina to Kuzdzal, November 16, 2018. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 73 | Carr's notes related to May 19, 2012 meeting with Loy. | Lack of foundation; Hearsay; Authenticity; Illegible |
| 74 | Email from Sara James to Carr and Kuzdzal, September 13, 2012. | Lack of foundation; Hearsay; Authenticity |
| 75 | Carr's notes from September 22, 2017 meeting with Loy. | Lack of foundation; Hearsay; Authenticity; Illegible |
| 76 | Carr's notes from September 26, 2017 telephone call. | Lack of foundation; Hearsay; Authenticity; Illegible |
| 77 | Carr's notes from September 29, 2017 re: Loy's meeting with pastor. | Lack of foundation; Hearsay; Authenticity; Illegible |

| Exhibit No. | Description | Objection |
|---|---|---|
| 78 | Carr's notes from January 16, 2018 related to Loy's communications to Carr. | Lack of foundation; Hearsay; Authenticity; Illegible |
| 79 | Carr's notes from February 1, 2018 related to meeting with Loy. | Lack of foundation; Hearsay; Authenticity; Illegible |
| 80 | Emails exchanged November 1, 2017. | Lack of foundation; Hearsay; Authenticity |
| 81 | Letter from Claire Bournigal to Ms. Carr dated November 2017. | Hearsay |
| 82 | Email from Heidi Capelli to Ms. Carr dated November 8, 2017. | Lack of foundation; Hearsay; Authenticity |
| 83 | Emails exchanged November 27-28, 2017. | Lack of foundation; Hearsay; Authenticity |
| 84 | Emails exchanged November 30, December 4, 2017. | Lack of foundation; Hearsay; Authenticity |
| 85 | Emails exchanged December 13, 2017. | Lack of foundation; Hearsay; Authenticity |
| 86 | Emails exchanged December 13, 2017. | Lack of foundation; Hearsay; Authenticity |
| 87 | Email from Father Edlefsen to full staff dated January 10, 2018. | No objection |
| 88 | Email from Ms. Carr to Loy dated January 18, 2018. | Lack of foundation; Hearsay; Authenticity |
| 89 | Email exchanges February 13-14, 2018 with attachments. | No objection |
| 90 | Emails exchanged January 18-19, 2018. | Lack of foundation; Hearsay; Authenticity |
| 91 | Emails exchanged January 21-22, 2018. | Lack of foundation; Hearsay; Authenticity |
| 92 | Emails exchanged January 22, 2018. | Lack of foundation; Hearsay; Authenticity |
| 93 | Emails exchanged January 22, 23, 24, 2018. | Lack of foundation; Hearsay; Authenticity |
| 94 | Emails exchanged January 25, 2018. | Lack of foundation; Hearsay; Authenticity |
| 95 | Written letter/document from Kara LaGrassa to Ms. Carr dated January 30, 2018. | Lack of foundation; Hearsay; Authenticity |
| 96 | Emails exchanged February 1, 2018. | Lack of foundation; Hearsay; Authenticity |
| 97 | Email from Loy to Carr and Kuzdzal dated February 12, 2018. | Lack of foundation; Hearsay; Authenticity |
| 98 | Emails exchanged February 14, 2018. | Lack of foundation; Hearsay; Authenticity |

| Exhibit No. | Description | Objection |
|---|---|---|
| 99 | Emails exchanged February 14, 2018. | Lack of foundation; Hearsay; Authenticity |
| 100 | Email from Loy to upper school staff dated February 20, 2018. | Lack of foundation; Hearsay; Authenticity |
| 101 | Emails exchanged February 20, 2018. | Lack of foundation; Hearsay; Authenticity |
| 102 | Emails exchanged February 21, 2018. | Lack of foundation; Hearsay; Authenticity |
| 103 | Emails exchanged February 21, 2018. | Lack of foundation; Hearsay; Authenticity |
| 104 | Email from Loy to Carr and Kuzdzal dated February 21, 2018. | Lack of foundation; Hearsay; Authenticity |
| 105 | "Documentation 2/21/18 3:15 p.m." from teacher witness submitted to Ms. Carr. | Lack of foundation; Hearsay; Authenticity |
| 106 | Email from Bournigal to Carr dated February 22, 2018. | Lack of foundation; Hearsay; Authenticity |
| 107 | Email exchange dated February 22, 2018. | Lack of foundation; Hearsay; Authenticity |
| 108 | Letter from Bournigal to Ms. Carr dated February 23, 2018. | Lack of foundation; Hearsay; Authenticity |
| 109 | Emails exchanged February 21, 2018. | No objection |
| 110 | Email from Kuzdzal to Carr dated February 22, 2018. | Lack of foundation; Hearsay; Authenticity |
| 111 | Photographs of Loy's classroom after move-out. | Lack of foundation; Authenticity; Document illegible due to pixilation |
| 112 | Photographs of Loy's classroom after move-out. | Lack of foundation; Authenticity; Document illegible due to pixilation |
| 113 | October 25, 2016 classroom observation form. | Hearsay; Illegible; Not produced during the discovery period |
| 114 | March 10 classroom observation form. | Hearsay; Illegible; Not produced during the discovery period |
| 115 | October 26 classroom observation form. | Hearsay; Illegible; Not produced during the discovery period |
| 116 | May 3, 2017 classroom observation form. | Hearsay; Illegible; Not produced during the discovery period |

| Exhibit No. | Description | Objection |
|---|---|---|
| 117 | October 30, 2017 classroom observation form. | Hearsay; Illegible; Not produced during the discovery period |
| 118 | Photograph - Loy 000122. | No objection |
| 119 | Excerpts from St. Agnes School yearbook. | Hearsay; Not produced during the discovery period |
| 120 | Email communications dated January 18, 21, 2019 - Loy 000296. | Hearsay; Relevancy |
| 121 | Email exchange February 3, 2012. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 122 | Email from Loy to Carr and Kuzdzal, March 16, 2012. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 123 | March 12, 2012 email with attachments from Loy to Carr and Kuzdzal. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 124 | Email from Sara James to Carr, March 16, 2012. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 125 | Email exchange September 13, 2012 and Carr's handwritten notes | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 126 | Email from Sara James to Carr, November 13, 2012. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 127 | Email from Loy to Carr, March 14, 2013. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 128 | Email from Sara James to Carr, January 26, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 129 | Email exchanges February 25-26, 2014. | Lack of foundation; Hearsay; |

| Exhibit No. | Description | Objection |
|---|---|---|
|  |  | Authenticity; Relevancy |
| 130 | Email exchanges April 2-4, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 131 | Document provided to Carr re: Loy's unprofessional behavior 2013-2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 132 | Emails exchanged September 5-6, 2013. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 133 | Email from Loy to Carr, Kuzdal and Mrs. Conlin, September 11, 2013. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 134 | Emails exchanged November 7-8, 2012. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 135 | Emails exchanged September 23, 2013. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 136 | Emails exchanged October 6-7, 2013. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 137 | Emails exchanged October 25, 28, 2013. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 138 | Emails exchanged November 21, 25, 2013. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 139 | Email from Loy to Carr, January 24, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 140 | Email from Loy to Carr, January 26, 2014. | Lack of foundation; Hearsay; |

| Exhibit No. | Description | Objection |
|---|---|---|
| | | Authenticity; Relevancy |
| 141 | Email from Loy to Carr and Kuzdzal, February 12, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 142 | Email from Loy to multiple individuals, February 27, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 143 | Emails exchanged February 27-28, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 144 | Emails and postings, September 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 145 | Email from Loy to Carr and Kuzdzal, November 13, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 146 | Email from Loy to Carr, November 14, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 147 | Email from Loy to Carr, November 14, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 148 | Emails exchanged December 2, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 149 | Emails exchanged December 15, 2014. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 150 | Emails exchanged February 18, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 151 | Email from Loy to staff, February 27, 2015. | Lack of foundation; Hearsay; |

| Exhibit No. | Description | Objection |
|---|---|---|
| | | Authenticity; Relevancy |
| 152 | Emails exchanged March 12, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 153 | Email from Loy to all staff, March 19, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 154 | Emails exchanged March 20, 22, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 155 | Emails exchanged May 7, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 156 | Emails exchanged August 18, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 157 | Emails exchanged August 27, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 158 | Emails exchanged September 9, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 159 | Emails exchanged September 16-17, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 160 | Emails exchanged September 16-17, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 161 | Emails exchanged September 17, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 162 | Emails exchanged September 22-24, 2015. | Lack of foundation; Hearsay; |

| Exhibit No. | Description | Objection |
|---|---|---|
| | | Authenticity; Relevancy |
| 163 | Emails exchanged September 26, 28, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 164 | Emails exchanged October 2, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 165 | Emails exchanged November 12, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 166 | Email from Loy to Carr, November 18, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 167 | Email from Loy to Carr, December 3, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 168 | Email from Loy to staff, December 4, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 169 | Emails exchanged December 7, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 170 | Emails exchanged December 18, 2015. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 171 | Emails exchanged January 11, 12, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 172 | Emails exchanged January 14, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 173 | Emails exchanged January 27, 2016. | Lack of foundation; Hearsay; |

| Exhibit No. | Description | Objection |
|---|---|---|
| | | Authenticity; Relevancy |
| 174 | Emails exchanged February 8, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 175 | Email from Loy to staff, February 11, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 176 | Emails exchanged March 23, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 177 | Emails exchanged April 1, 2, 3, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 178 | Emails exchanged April 7, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 179 | Emails exchanged April 7-8, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 180 | Emails exchanged April 27-28, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 181 | Email from Loy to Carr, June 6, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 182 | Emails exchanged June 7, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 183 | Emails exchanged June 8, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 184 | Email from Loy to Carr and Kuzdzal, June 17, 2016. | Lack of foundation; Hearsay; |

| Exhibit No. | Description | Objection |
|---|---|---|
|  |  | Authenticity; Relevancy |
| 185 | Emails exchanged September 12, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 186 | Emails and/or postings dated November 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 187 | Emails exchanged December 1-2, 2016. | Lack of foundation; Hearsay; Authenticity; Relevancy |
| 188 | "provider's records or notes" | Defendants have failed to identify any specific document intended to be used as an exhibit |

## WITNESSES

Plaintiff Douglas Loy, through counsel, hereby submits the following objection to Defendant's Proposed Witnesses.

1. Plaintiff objects to any witnesses who were not properly identified in accordance with the discovery rules and/or the court's Scheduling Order which may include any of the following: Kristin Filpi, Father Tom Ferguson, Michelle McGrath, Sophia Dewchter, Sean SullivanAmanda Fallon, Cathleen Ueland, Joan Biehler, Dave Gallina, Mark and/or Suzanne Fleming, Gia Enderele, Rita and/or Guy Enderele, Edwidge Badey, and Laure-Ann Badey.

2. Plaintiff objects to any witnesses whose addresses and/or telephone numbers were never furnished to Plaintiff, including: Kristin Filpi, Father Tom Ferguson, Michelle McGrath, Sophia Dewchter, Sean Sullivan, Amanda Fallon, Cathleen Ueland, Joan Biehler, Dave Gallina,

Mark and/or Suzanne Fleming, Gia Enderele, Rita and/or Guy Enderele, Edwidge Badey, and Laure-Ann Badey.

Dated: July 8, 2019

                                                Respectfully submitted,

                                                /s/ Jeremy Greenberg
                                                Jeremy Greenberg (86165)
                                                Clark Law Group, PLLC
                                                1100 Connecticut Ave., N.W.
                                                Suite 920
                                                Washington, D.C. 20036
                                                (202) 293-0015
                                                jgreenberg@benefitcounsel.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 8, 2019, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office served using this court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the judge and the following:

Julia B. Judkins, VSB No. 22597
Heather K. Bardot, VSB No. 37269
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jjudkins@bmhjlaw.com
hbardot@bmhjlaw.com
*Counsel for Defendants*

                                                    /s/ Jeremy Greenberg
                                                    Jeremy Greenberg